UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAELA M., by and through her next friend, KELLY M., *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHANIE M. AZAR, in her official capacity as Commissioner of the Alabama Medicaid Agency, *et al.*,<br><br>    Defendants. | CASE NO. 2:24-cv-102<br><br>CLASS ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff J.H.C., through his mother and next friend Cristi C., hereby provides notice to the Court that, pursuant to Federal Rule of Civil Procedure 41, he wishes to dismiss his claims against all Defendants in this action. Because no answer or motion for summary judgment have yet been filed, J.H.C. is permitted by Federal Rule of Civil Procedure 41(a)(1)(A)(i) to voluntarily dismiss his claims.

Respectfully submitted,

/s/Shandra M. Hartly
Shandra M. Hartly (ASB-1016-N00Q)
J. Carlton Sims
ALABAMA DISABILITIES ADVOCACY PROGRAM
2008 12th Street
Box 870395
Tuscaloosa, AL 35487-0395
T: (205) 348-4928
F: (205) 348-3909
Email: smhartly@adap.ua.edu

*Counsel for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished to all counsel of record by filing with the CM/ECF system on this 9th day of August, 2024.

/s/Shandra M. Hartly
Shandra M. Hartly