IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAELA M., *by and through her next friend,* KELLY M., *individually and on behalf of all others similarly situated*, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHANIE M. AZAR, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 2:24-cv-102-RAH |

## ORDER

Upon consideration of Plaintiff's *Notice of Voluntary Dismissal* (Doc. 13) filed on August 9, 2024, which comports with Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED WITHOUT PREJUDICE.**

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE**, on this the 12th day of August, 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE