UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAELA M., by and through her next friend, KELLY M., *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHANIE M. AZAR, in her official capacity as Commissioner of the Alabama Medicaid Agency, *et al.*,<br><br>    Defendants. | CASE NO. 2:24-cv-102<br><br>CLASS ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF |

**MOTION FOR CORRECTION OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 60(a), the named Plaintiffs hereby respectfully request that this Court correct its order of August 12, 2024 dismissing this action without prejudice. *See* ECF. No 14. In support of same, Plaintiffs would show that the Notice of Voluntary Dismissal giving rise to the aforementioned order, *see* ECF No. 13, only applied to Plaintiff J.H.C. The remaining Plaintiffs do not wish to dismiss their claims.

Respectfully submitted,

/s/Shandra M. Hartly
Shandra M. Hartly (ASB-1016-N00Q)
J. Carlton Sims
ALABAMA DISABILITIES ADVOCACY PROGRAM
2008 12th Street
Box 870395
Tuscaloosa, AL 35487-0395
T: (205) 348-4928
F: (205) 348-3909
Email: smhartly@adap.ua.edu

*Counsel for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished to all counsel of record by filing with the CM/ECF system on this 12th day of August, 2024.

/s/Shandra M. Hartly
Shandra M. Hartly
