IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAELA M., *by and through her next friend,* KELLY M., *individually and on behalf of all others similarly situated, et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHANIE M. AZAR, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 2:24-cv-102-RAH |

## ORDER

Upon consideration of Plaintiff's Motion for Correction of Judgment (doc. 15), it is **ORDERED** that the Motion is **GRANTED**. Previously, the Court inadvertently dismissed this entire action without prejudice. However, only Plaintiff J.C., by and through his mother and next friend Cristi C., should have been dismissed.

Therefore, it is **ORDERED** that:

1. Plaintiff J.C. is **DISMISSED WITH PREJUDICE** from this action.
2. The Clerk of the Court is **DIRECTED** to reopen this case with all remaining parties. All deadlines are reinstated. All parties, except for J.C., remain in this case.

**DONE**, on this the 12th day of August, 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE