## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| MICHAELA M., by and through her next friend, KELLY M., *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHANIE M. AZAR, in her official capacity as Commissioner of the Alabama Medicaid Agency, *et al.*,<br><br>    Defendants. | CASE NO. 2:24-cv-102<br><br>CLASS ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF |

## JOINT MOTION TO STAY DEADLINES
## PENDING MEDIATION

The parties jointly move the Court for an order staying the deadline for Defendants' Responsive Pleading while the parties engage in settlement negotiations and avail themselves of the Magistrate Mediation process. As grounds for this motion, the parties state as follows:

1. This case was filed as a putative class action seeking declaratory and injunctive relief regarding the administration of Alabama's Elderly & Disabled (E&D) Medicaid Waiver.

2. The parties have engaged in some settlement discussions and believe that formalized mediation may be productive in resolving this action. The parties believe that it will be more fruitful to dedicate their limited resources to attempting to resolve this matter than it would be to engage in protracted litigation.

3. As such, the parties jointly ask the Court to stay the current responsive pleading deadline such that they can schedule mediation with Magistrate Judge Kelly F. Pate.

1

4.  Because this is a joint motion, no party will be prejudiced and judicial economy will be served.

WHEREFORE, the parties jointly move this Court to stay the deadline for Defendants' responsive pleading as such that they can expeditiously engage in the mediation process.

Dated: August 16, 2024

Respectfully submitted,

/s/Shandra M. Hartly
Shandra M. Hartly (ASB-1016-N00Q)
J. Carlton Sims
ALABAMA DISABILITIES ADVOCACY PROGRAM
2008 12th Street
Box 870395
Tuscaloosa, Alabama 35487-0395
T: (205) 348-4928
F: (205) 348-3909
Email: smhartly@adap.ua.edu
         csims@adap.ua.edu

*Counsel for Plaintiffs*

/s/John W. Marsh
Joel H. Pearson (ASB-8033-N71J)
John W. Marsh (ASB-6290-H64M)
BALL, BALL, MATTHEWS & NOVAK, P.A.
445 Dexter Avenue, Suite 9045
Montgomery, Alabama 36104
T: (334) 387-7680
Email: jpearson@ball-ball.com
         jmarsh@ball-ball.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished to all counsel of record by filing with the CM/ECF system on this 16th day of August, 2024.

/s/Shandra M. Hartly
Shandra M. Hartly