IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAELA M., *by and through her next friend,* KELLY M., *individually and on behalf of all others similarly situated*, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:24-cv-102-RAH |
| STEPHANIE M. AZAR, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Pending before the Court is the parties' *Joint Motion to Stay Deadlines Pending Mediation*. (Doc. 17.) For good cause, the Motion is **GRANTED.**

Accordingly, it is **ORDERED** as follows:

1. All deadlines and obligations are stayed until **October 18, 2024.**

2. The parties shall file a joint status report concerning the settlement negotiations on or before **October 18, 2024.**

**DONE**, on this the 19th day of August, 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE