IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M., et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )  CASE NO. 2:24-CV-102-RAH-KFP |
| | ) |
| Azar, et al., | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

It is ORDERED that mediation is scheduled for **October 8, 2024, at 9:00 a.m.** in Courtroom 5A, Frank M. Johnson, Jr., Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama. If the parties prefer mediation by Zoom, they must inform the Court by email to propord_pate@almd.uscourts.gov at least **three business days** before mediation.

Counsel and the parties with full authority to settle the case must attend mediation. Each party must submit a confidential mediation statement to the undersigned at least **three business days** before mediation by email to propord_pate @almd.uscourts.gov. Do not file the mediation statement with the Clerk's Office or serve it on the other parties. The statement is solely for the Court's use in preparing for mediation. The statement should not exceed ten pages and must include the following:

    1.    A description of any previous efforts to settle the case, including the results of any face-to-face conference, if applicable;

2. A brief explanation of the party's arguments, claims, or defenses and a candid assessment of the strengths and weaknesses of each; and

3. Counsel's candid assessment of any impediments to settling the matter by mediation.

The parties should confer before mediation and attempt to agree on the form and contents of mutual releases for execution in the event the case settles. The parties are reminded of the confidential nature of mediation mandated by the Court's Local Rule 16.1. **The Court strictly enforces the confidentiality of mediation**.

Done this 30th day of August, 2024.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE