# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

MICHAELA M., by and through her )
next friend, KELLY M., individually )
and on behalf of all others similarly )
situated, et al., )
           )
        Plaintiffs, )
           )
v. )    **CASE NO. 2:24-cv-102-RAH-KFP**
           )
STEPHANIE M. AZAR, et al., )    **Joint and Unopposed Motion**
           )
        Defendants. )

## JOINT MOTION FOR ENTRY OF ADMINISTRATIVE STAY

COME NOW, all parties to the above-styled cause, and respectfully move the Court to issue an Order administratively staying this matter such that the parties have sufficient time to effectuate anticipated settlement. As grounds therefor, the parties would show unto the Court as follows:

1.    Mediation in this matter was conducted on October 8, 2024, with Hon. Magistrate Judge Kelly F. Pate serving as mediator.

2.    The parties are pleased to report that significant progress was made toward overall settlement of the case, but certain aspects of final resolution are subject to input and/or resources controlled by third parties.

3.      More specifically, the Defendant State Agencies require assistance from a third-party contractor to develop a statewide assessment tool to be utilized in the waiver program which is the subject of the underlying suit.

4.      At mediation, the parties agreed to a timeline whereby Defendants would provide Plaintiffs' counsel with periodic benchmarked updates as to the progress of the development of the statewide assessment tool, which is reasonably expected to begin in the next 60 days.

5.      The parties also propose to provide the Court with Joint Status Reports every forty-five (45) days, such that the Court can track the progress of settlement efforts.

6.      Additional time will also be necessary because the anticipated changes to the waiver program require approval of a federal entity (CMS) and because a public comment period is required by law.

7.      The parties respectfully submit that this motion is not made for purposes of delay.  Rather, due to factors outside of the control of all parties, and the reliance on other persons and/or entities for input and resources, additional time is necessary in order to posture the case for full and final resolution. The parties submit that an administrative stay of the case would best serve the needs of the parties while also being mindful of judicial economy and resources.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request this Court to enter an administrative stay in this matter for settlement purposes.

Respectfully submitted this 10th day of October, 2024.

/s/ John W. Marsh
**JOEL H. PEARSON (ASB-8033-N71J)**
**JOHN W. MARSH (ASB-6290-H64M)**
Attorneys for Defendant Commissioners,
Stephanie M. Azar and Jean W. Brown

OF COUNSEL:

**BALL, BALL, MATTHEWS & NOVAK, P.A.**
445 Dexter Avenue, Suite 9045
Montgomery, Alabama  36104
T: (334) 387-7680
F: (334) 387-3222
jpearson@ball-ball.com
jmarsh@ball-ball.com

/s/ Shandra Hartly (with permission)
**SHANDRA HARTLY (ASB-1016-N00Q)**
**J. CARLTON SIMS (ASB-2020-S77S)**
Attorneys for Plaintiffs

OF COUNSEL:

**Alabama Disabilities Advocacy Program**
2008 12th Street
Box 870395
Tuscaloosa, Alabama 35487-0395
csims@adap.ua.edu
smhartly@adap.ua.edu

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record via CM/ECF electronic transmission and/or by placing same in the U.S. Mail, postage prepaid on October 10, 2024:

J. Carlton Sims, Esq.
Shandra N. Hartly, Esq.
Alabama Disabilities Advocacy Program
2008 12th Street
Box 870395
Tuscaloosa, Alabama 35487-0395
csims@adap.ua.edu
smhartley@adap.ua.edu

/s/ John W. Marsh
OF COUNSEL