IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAELA M., *by and through her next friend,* KELLY M., *individually and on behalf of all others similarly situated*, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> STEPHANIE M. AZAR, *et al.*, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) CASE NO. 2:24-cv-00102-RAH ) ) ) ) ) |

## **ORDER**

Pending before the Court is the parties' *Joint Motion for Entry of Administrative Stay*. (Doc. 22.) For good cause, the Motion is **GRANTED**.

Accordingly, it is **ORDERED** as follows:

1. All deadlines and obligations are **STAYED** until further order of the Court.
2. The parties shall file a joint status report concerning their settlement negotiations on or by **November 25, 2024**.

DONE, on this the 11th day of October 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE