**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| MICHAELA M., by and through her next friend, KELLY M., *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHANIE M. AZAR, in her official capacity as Commissioner of the Alabama Medicaid Agency, *et al.*,<br><br>    Defendants. | CASE NO. 2:24-cv-102<br><br>CLASS ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF |

## MOTION TO WITHDRAW

Pursuant to M.D. Ala. LR 83.1(f), Shandra Monterastelli Hartly hereby moves to withdraw as counsel for Plaintiffs and the putative Plaintiff Class in the above-styled matter. In support of this motion, the following is offered:

1. Ms. Hartly will no longer be affiliated with the Alabama Disabilities Advocacy Program after October 25, 2024 and will no longer be handling cases on behalf of the firm. The Alabama Disabilities Advocacy Program will continue to represent Plaintiffs and the putative Plaintiff Class.

2. Plaintiffs and the putative Plaintiff Class will not be prejudiced by Ms. Hartly's withdrawal.

Dated:  October 22, 2024

                    Respectfully submitted,

                    /s/Shandra M. Hartly
                    Shandra M. Hartly (ASB-1016-N00Q)
                    ALABAMA DISABILITIES ADVOCACY PROGRAM
                    2008 12th Street

1

Box 870395
Tuscaloosa, AL 35487-0395
T: (205) 348-4928
F: (205) 348-3909
Email: smhartly@adap.ua.edu

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that I have caused a true and correct copy of the foregoing to be served on all counsel of record in this matter filing same with the Clerk of Court via the CM/ECF system this 22nd day of October, 2024.

Respectfully submitted,

<u>/s/Shandra M. Hartly</u>
Shandra M. Hartly (ASB-1016-N00Q)