# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MICHAELA M., by and through her next friend, KELLY M., individually and on behalf of all others similarly situated, et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **CASE NO. 2:24-cv-102-RAH-KFP** |
| STEPHANIE M. AZAR, et al., | ) ) ) |
| Defendants. | ) |

## JOINT STATUS REPORT

COME NOW, all parties to the above-styled cause, pursuant to the Court's Order dated October 11, 2024 (Doc. 23), and submit their Joint Status Report as follows:

1. Since mediation was conducted on October 8, 2024, Defendants have conferred with third-party contractors regarding the development and implementation of a statewide assessment tool to be utilized in the waiver program which is the subject of the underlying suit.

2. Defendants are pleased to advise that said development can be undertaken pursuant to existing contracts such that there will be no delay due to having to re-bid services.

3. During meetings conducted on October 10, 2024, Defendants were

advised by the third-party contractor that the development process should take no longer than six (6) months to complete, which is inclusive of development of the assessment tool itself, associated procedures/manuals and training materials.  As of the filing of this Joint Status Report, that timeline remains feasible.

4. The parties respectfully request the Court to keep this matter in an administrative stay as they continue to work through the timeline of development and implementation of a statewide assessment tool.

5. The parties will provide the Court with another Joint Status report on or before January 10, 2025, or some other dated as may be Ordered.

Respectfully submitted this 22nd day of November, 2024.

/s/ John W. Marsh
**JOEL H. PEARSON (ASB-8033-N71J)**
**JOHN W. MARSH (ASB-6290-H64M)**
Attorneys for Defendant Commissioners, Stephanie M. Azar and Jean W. Brown

OF COUNSEL:

**BALL, BALL, MATTHEWS & NOVAK, P.A.**
445 Dexter Avenue, Suite 9045
Montgomery, Alabama  36104
T: (334) 387-7680
F: (334) 387-3222
jpearson@ball-ball.com
jmarsh@ball-ball.com

        /s/ J. Carlton Sims (with permission)
        **J. CARLTON SIMS (ASB-2020-S77S)**
        Attorney for Plaintiffs

OF COUNSEL:

**Alabama Disabilities Advocacy Program**
2008 12th Street
Box 870395
Tuscaloosa, Alabama 35487-0395
csims@adap.ua.edu

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document upon the following counsel of record via CM/ECF electronic transmission and/or by placing same in the U.S. Mail, postage prepaid on November 22, 2024:

J. Carlton Sims, Esq.
Alabama Disabilities Advocacy Program
2008 12th Street
Box 870395
Tuscaloosa, Alabama 35487-0395
csims@adap.ua.edu

                                            /s/ John W. Marsh
                                            OF COUNSEL