IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAELA M., *by and through her next friend,* KELLY M., *individually and on behalf of all others similarly situated*, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:24-cv-00102-RAH |
| STEPHANIE M. AZAR, *et al*., | ) ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the parties' *Joint Status Report*, which requests an extension of the administrative stay to January 10, 2025.  Accordingly, it is **ORDERED** as follows:

1. The parties shall file a joint status report concerning their settlement negotiations on or by **January 10, 2025**.

2. The stay remains in effect pending further order of the Court.

DONE, on this the 22nd day of November 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE