IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAELA M., *by and through her next friend,* KELLY M., *individually and on behalf of all others similarly situated*, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHANIE M. AZAR, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 2:24-cv-00102-RAH |

## **ORDER**

This matter comes before the Court on the parties' *Joint Status Report* (doc. 30), which requests an extension of the administrative stay. (*Id.* at 1–2.) Accordingly, it is **ORDERED** as follows:

1. The parties shall file a joint status report concerning their settlement negotiations on or by **February 28, 2025**.

2. The stay remains in effect pending further order of the Court.

DONE, on this the 10th day of January 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE