IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAELA M., by and through her next friend, KELLY M., individually and on behalf of all others similarly situated, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHANIE M. AZAR, et al.,<br><br>    Defendants. | CASE NO. 2:24-cv-102-RAH-KFP |

## JOINT STATUS REPORT

COME NOW, all parties to the above-styled cause and submit their Joint Status Report as follows:

1. The posture of this matter remains unchanged since the last Joint Status Report was filed. (January 9, 2025, Doc. 30).

2. Defendants are advised by the third-party contractor that development of the statewide assessment tool which is central to final resolution of this matter remains on track with the six (6) month estimate that was conveyed in October 2024.

3. The parties respectfully request the Court to keep this matter in an administrative stay as they continue to work through the timeline of

development and implementation of the statewide assessment tool.

4. The parties will provide the Court with another Joint Status report on or before April 15, 2025, or some other date as may be Ordered.

Respectfully submitted this 10th day of March, 2025.

/s/ John W. Marsh
**JOEL H. PEARSON (ASB-8033-N71J)**
**JOHN W. MARSH (ASB-6290-H64M)**
Attorneys for Defendant Commissioners,
Stephanie M. Azar and Jean W. Brown

OF COUNSEL:

**BALL, BALL, MATTHEWS & NOVAK, P.A.**
445 Dexter Avenue, Suite 9045
Montgomery, Alabama  36104
T: (334) 387-7680
F: (334) 387-3222
jpearson@ball-ball.com
jmarsh@ball-ball.com

/s/ J. Carlton Sims (with permission)
**J. CARLTON SIMS (ASB-2020-S77S)**
Attorney for Plaintiffs

OF COUNSEL:

**Alabama Disabilities Advocacy Program**
2008 12th Street
Box 870395
Tuscaloosa, Alabama 35487-0395
csims@adap.ua.edu

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing document upon the following counsel of record via CM/ECF electronic transmission and/or by placing same in the U.S. Mail, postage prepaid on March 10, 2025:

J. Carlton Sims, Esq.
Alabama Disabilities Advocacy Program
2008 12th Street
Box 870395
Tuscaloosa, Alabama 35487-0395
csims@adap.ua.edu

            /s/ John W. Marsh
            OF COUNSEL