IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAELA M., by and through her next friend, KELLY M., individually and on behalf of all others similarly situated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHANIE M. AZAR, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) CASE NO. 2:24-cv-102-RAH-KFP ) ) ) ) ) |

## JOINT STATUS REPORT

COME NOW, all parties to the above-styled cause and submit their Joint Status Report as follows:

1. The parties are still reviewing the draft waiver assessment tool from the third-party contractor who undertook to develop same for use by the Defendant State Agencies.

2. Plaintiffs have recently provided Defendants with correspondence outlining initial feedback on the assessment tool and Defendants are in the process of reviewing same.

3. The assessment tool is key to the resolution of the case as a whole and additional time is needed by all parties such that the form can be appropriately edited/tailored and its impact on program operations can be studied and realized.

4.      Once that function is completed, additional time will be necessary such that agency staffers and contractors can be trained on usage and program recipients can be advised of the substantive program changes.

5.      The parties are hopeful to soon be in a position to conduct a substantive in-person meeting to discuss the assessment tool, its implementation into the program and any additional issues that may need to be addressed as they work to resolve the case.

6.      The parties respectfully request the Court to keep this matter in an administrative stay as they continue to work through the timeline of development and implementation of the statewide assessment tool.

7.      The parties will provide the Court with another Joint Status report on or before September 19, 2025, or some other date as may be Ordered.

**JOHN W. MARSH, COUNSEL FOR DEFENDANTS, ATTESTS THAT BY FILING THIS STATUS REPORT AS JOINT, HE HAS RECEIVED THE EXPRESS PERMISSION OF ALL COUNSEL IDENTIFIED BELOW.**

Respectfully submitted this 4th day of August, 2025.

/s/ John W. Marsh
**JOEL H. PEARSON (ASB-8033-N71J)**
**JOHN W. MARSH (ASB-6290-H64M)**
Attorneys for Defendant Commissioners,
Stephanie M. Azar and Jean W. Brown

OF COUNSEL:
**BALL, BALL, MATTHEWS & NOVAK, P.A.**
445 Dexter Avenue, Suite 9045
Montgomery, Alabama  36104
T: (334) 387-7680
jpearson@ball-ball.com
jmarsh@ball-ball.com

/s/ J. Carlton Sims (with permission)
**J. CARLTON SIMS (ASB-2020-S77S)**
Attorney for Plaintiffs

OF COUNSEL:
**Alabama Disabilities Advocacy Program**
2008 12th Street
Box 870395
Tuscaloosa, Alabama 35487-0395
csims@adap.ua.edu

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record via CM/ECF electronic transmission and/or by placing same in the U.S. Mail, postage prepaid on August 4, 2025.

J. Carlton Sims, Esq.
Alabama Disabilities Advocacy Program
2008 12th Street
Box 870395
Tuscaloosa, Alabama 35487-0395
csims@adap.ua.edu

/s/ John W. Marsh
OF COUNSEL